Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

_____ Division

|  |  |
|---|---|
| Sherita Everetts | ) Case No. **3-26CV0869-S** |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. | ) |
| If the names of all the plaintiffs cannot fit in the space above, | ) Jury Trial: _(check one)_ ☐ Yes ☐ No |
| please write "see attached" in the space and attach an additional | ) |
| page with the full list of names.) | ) |
| -v- | ) |
|  | ) |
|  | ) |
| Ken Paxton Attorney of General of Texas | ) |
| _Defendant(s)_ | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name      Sherita Everetts

Street Address      530 Windsor Drive

City and County      Allen, Collin County

State and Zip Code      Texas, 75002

Telephone Number      347-773-0534

E-mail Address      Sheritaeveretts6@gmail.com

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

    Name — Ken Paxton Attorney General of Tx

    Job or Title *(if known)* — Child Support

    Street Address — P.O. Box 12548

    City and County — Austin, Travis Hays

    State and Zip Code — Texas, 78711

    Telephone Number — 512 463 - 2100

    E-mail Address *(if known)* — Ken.Paxton@oag.Texas.gov

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC § Subsection 241 18 USC Subsection 242,    42 USC Subsection 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sherita Everetts , is a citizen of the State of *(name)* Texas .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

b.    If the defendant is a corporation

The defendant, *(name)* **Ken Paxton office of Attorney General**, is incorporated under

the laws of the State of *(name)* **Texas**, and has its

principal place of business in the State of *(name)* **Texas** .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* **Texas** .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$30,000 usd**

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.



**The office of Ken Paxton has Benn taken money from me since 2022 which My entire taxes was taken Insurance is fraud and is Not Beng used to support Children But Instead Paid to the state.**

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**I'm ordering the Court to reimburse My money that was stolen And theft And close the case**

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    March 18, 2026

Signature of Plaintiff    _Sha Catt_

Printed Name of Plaintiff    _Sherita Everetts_

### B.    For Attorneys

Date of signing:    3/18/2026

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

017233

MC: ME



FS#: 8615608266
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



**KEN PAXTON**
ATTORNEY GENERAL *of* TEXAS
CHILD SUPPORT DIVISION

SHERITA EVERETTS
530 WINDSOR DR
ALLEN TX 75002-4003

Date: **02/07/2026**
Member ID: **60618438**
Cause Number: **JC-21-00202-W**
Case Number: **0014668602**

### The following are your child support obligations:

**CHILD SUPPORT PAYMENT PLAN 1**                182.85   MONTHLY                182.85

**Pay this amount for 03/2026:**          [ $182.85]          **Due date for payment: 03/01/2026**

**Important Note: If the above payment amount due is zero, but you still owe arrears on your case (shown below), send the entire balance due or continue to make regular payments toward your arrears until the balance is paid in full.**

| MESSAGES | | |
|---|---|---|
| **TOTAL PRINCIPAL** | **TOTAL INTEREST** | **ARREARS  (INCLUDES UNPAID CURRENT SUPPORT AS OF STATEMENT DATE)** |
| $3,586.86          + | $247.38          = | $3,834.24 |

**STATEMENT MAY NOT REFLECT ANY RECENT PAYMENTS. CHECK YOUR BALANCE AT CHILDSUPPORT.OAG.STATE.TX.US OR 1-800-252-8014.**

**Please mail your payment to:**
**TXCHILDSUPPORTSDU**
**PO BOX 659791**
**SAN ANTONIO TX 78265-9791**

MC: ME



FS#: 8615608266
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048

017234



SHERITA  EVERETTS
530 WINDSOR DR
ALLEN TX 75002-4003

Fecha: **02/07/2026**
Identificación de Miembro: **60618438**
Número de Causa: **JC-21-00202-W**
Número de Caso: **0014668602**

**Estas son sus obligaciones de manutención de niños:**

**CHILD SUPPORT PAYMENT PLAN 1**                    182.85   **MONTHLY**                    182.85

**Pague esta cantidad para 03/2026**:          **[ $182.85 ]**          **Fecha de vencimiento del pago: 03/01/2026**

**Aviso Importante: Si la cantidad de pago que se muestra arriba es cero, pero aun debe pagos atrasados en su caso (que aparecen abajo), envíe todo el saldo que debe o continúe haciendo pagos regulares a su cuenta atrasada hasta que el balance sea pagado por completo.**

| **MENSAJES** | | |
|---|---|---|
| **PRINCIPAL TOTAL** | **INTERÉS TOTAL** | **PAGOS ATRASADOS (INCLUYE MANUTENCIÓN NO PAGADA A PARTIR DE LA FECHA DE FACTURA)** |
| $3,586.86 + | $247.38 = | $3,834.24 |

**STATEMENT MAY NOT REFLECT ANY RECENT PAYMENTS.  CHECK YOUR BALANCE AT CHILDSUPPORT.OAG.STATE.TX.US OR 1-800-252-8014.**

**Por favor envíe su pago a**:
**TXCHILDSUPPORTSDU**
**PO BOX 659791**
**SAN ANTONIO TX 78265-9791**

NCP Name:    **SHERITA EVERETTS**
CP Name:     **MAMOUDU LAHAI**
OAG Number:  **0014668602**

## CAUSE NUMBER JC-21-00202-W

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE 304TH DISTRICT COURT |
| ZION EVERETTS | § | |
| | § | |
| | § | |
| | § | |
| | § | OF |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | DALLAS, TEXAS |
| A CHILD | | |

## NOTICE OF ADMINISTRATIVE WRIT OF WITHHOLDING

**SHERITA EVERETTS**, Obligor, is hereby given notice pursuant to Texas Family Code Chapter 158, Subchapter F, that HER employer is immediately required to withhold the amounts specified below for payment of HER current support and periodic medical support obligation, and for any overdue support arrearage, as follows:

OBLIGOR: **SHERITA EVERETTS**                OBLIGEE: **MAMOUDU LAHAI**

Obligor's Employer:    **METROPLEX MULTIFOODS INC**
**101 E CHEROKEE ST**
**JACKSONVILLE TX 75766-4807**

### CHILDREN

Name                                    Name
ZION EVERETTS

| | |
|---|---|
| Current Child Support Due: | **$182.85 MONTHLY** |
| Current Medical/Dental Support Due: | **$0.00 MONTHLY** |
| Current Spousal Support Due: | **$0.00 MONTHLY** |
| Total Arrearage, including **$263.49** accrued interest: | **$3959.20** |
| As of: **03/02/2026** | |

Amounts to be withheld from Obligor's wages upon service of writ:

| | |
|---|---|
| On Current Child Support: | **$182.85 MONTHLY** |
| On Current Medical/Dental Support: | **$0.00 MONTHLY** |
| On Current Spousal Support: | **$0.00 MONTHLY** |
| On Arrearage Owed: | **$90.00 MONTHLY** |

Notice of Administrative Writ of Withholding
December 2020

029360

## RIGHTS AND PROCEDURES

Attached to this notice is a copy of the Administrative Writ of Withholding issued in this matter.

**SHERITA EVERETTS**, may contest withholding on the grounds that the identity of the Obligor or the existence or amount of arrearages is incorrect by requesting a review by the Title IV-D agency, by telephonic conference or in person, at the telephone number and address below:

**(800) 252-8014**
**The Office of the Attorney General**
**PO BOX 12017**
**REGION 0 - MC 040**
**AUSTIN, TX 78711-2017**

After a review, the Title IV-D agency may continue the attached writ in effect or may issue a new administrative writ modifying the amount to be withheld or terminating withholding.

If a review fails to resolve any issue in dispute, the obligor may file a motion with the court to withdraw the administrative writ and request a hearing with the court not later than the 30th day after receiving notice of the agency's determination. Income withholding may not be interrupted pending a hearing by the court.

Should a Motion to Withdraw be filed, and a hearing conducted, the court will be requested to confirm all arrearage amounts then due.

If this is a reissuance of an existing withholding order on file with the court of continuing jurisdiction and the amount to be withheld for an arrearage is not being adjusted, pursuant to Texas Family Code § 158.502, the preceding rights and procedures regarding contests, reviews and judicial intervention into this administrative withholding process do not apply.

**Child Support Officer**
**Child Support Division**
**PO BOX 12017**
**REGION 0 - MC 040**
**AUSTIN, TX 78711-2017**

Telephone No.**(800) 252-8014**
Fax No.**(512) 406-2332**

## CERTIFICATE OF NOTICE

I certify a copy of this Notice of Administrative Writ of Withholding was mailed by first class mail to Obligor on **March 04, 2026** pursuant to Texas Family Code § 158.505.

Office of the Attorney General of Texas
Title IV-D Agency

029361

# INCOME WITHHOLDING FOR SUPPORT

OMB 0970-0154
Expiration Date: 08/31/2026

**I. Sender Information: (Completed by the Sender)**                    Date: **March 04, 2026**

☐ INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)        ☒ AMENDED IWO

☐ ONE-TIME ORDER /NOTICE FOR LUMP SUM PAYMENT        ☐ TERMINATION OF IWO

---

☒ Child Support Agency (CSA)        ☐ Court  ☐ Attorney  ☐ Private Individual/Entity  (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances, you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSA or a court, a copy of the underlying order must be attached.

---

State/Tribe/Territory      Texas

City/County/Dist./Tribe  **304TH DISTRICT COURT  DALLAS**

Private Individual/Entity

Remittance ID (include w/payment)   **0014668602JC2100202**

Order ID  **JC-21-00202-W**

Case ID   **0014668602**

**II. Employer and Case Information: (Completed by the Sender)**

**METROPLEX MULTIFOODS INC**
Employer/Income Withholder's Name

**101 E CHEROKEE ST**
**JACKSONVILLE, TX  75766-4807**

Employer/Income Withholder's Address

Employer/Income Withholder's FEIN   **752623031**

Child(ren)'s Name(s) (Last, First, Middle)
**EVERETTS, ZION**

RE:  **EVERETTS, SHERITA,**
Employee/Obligor's Name (Last, First, Middle)

**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**
Employee/Obligor's Social Security Number

**05/22/1992**
Employee/Obligor's Date of Birth

**LAHAI, MAMOUDU,**
Custodial Party/Obligee's Name (Last, First, Middle)

Child(ren)'s Birth Date(s)
**08/01/13**

**III. Order Information: (Completed by the Sender)**

This document is based on the support order from __TX__ (State/Tribe).
You are required by law to deduct these amounts from the employee/obligor's income until further notice.

| | | |
|---|---|---|
| $ **182.85** | Per **MONTHLY** | current child support |
| $ **90.00** | Per **MONTHLY** | past-due child support - Arrears greater than 12 weeks?    ☒ Yes ☐ No |
| $ **0.00** | Per **MONTHLY** | current cash medical support |
| $ **0.00** | Per **MONTHLY** | past-due cash medical support |
| $ **0.00** | Per **MONTHLY** | current spousal support |
| $ **0.00** | Per **MONTHLY** | past-due spousal support |
| $ | Per | other (must specify) |

for a **Total Amount to Withhold** of $**272.85** per **MONTH** .

**IV. Amounts to Withhold: (Completed by the Sender)**
You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$ **62.97**    per weekly pay period              $ **136.43**    per semimonthly pay period (twice a month)

$ **125.93**  per biweekly pay period (every two weeks)  $ **272.85**    per monthly pay period

$ _____  **Lump Sum Payment**: Do not stop any existing IWO unless you receive a termination order.

---

Income Withholding for Support (IWO)

Page 1 of 4
Form 3N051

Case 3:26-cv-00869-S-BN    Document 3    Filed 03/18/26    Page 11 of 17    PageID 15

029362

Employer/Income Withholder's Name: **METROPLEX MULTIFOODS INC**      Employer/Income Withholder's FEIN: **752623031**

Employee/Obligor's Name: **EVERETTS, SHERITA**                                    SSN: **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**

Case ID: **0014668602**                                           Order ID: **JC-21-00202-W**

**V. Remittance Information: (Completed by the Sender, except for the "Return to Sender" check box.)**
If the employee/obligor's principal place of employment is <u>Texas</u>                                          (State/Tribe), you must begin withholding no later than the first pay period that occurs <u>zero</u> days after the date of <u>delivery</u> of the order/notice. Send payment within <u>two</u> business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold <u>50%</u> of disposable income for all orders. If the employee/obligor's principal place of employment is not <u>Texas</u> (State/Tribe), obtain withholding limitations, time requirements, the appropriate method to allocate among multiple child support cases/orders, and any allowable employer fees from the jurisdiction of the employee/obligor's principal place of employment.

State-specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements . For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or https://www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html .

You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673 (b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment if the place of employment is in a state; or the <u>tribal law of the employee/obligor's principal place of</u> employment if the place of employment is under tribal jurisdiction. The CCPA is available at https://www.dol.gov/agencies/whd/fact-sheets/30-cppa. If the Order Information section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support.

If the obligor is a nonemployee, obtain withholding limits from the **Supplemental Information** section in this IWO. This information  is also available at https://www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements .

| | |
|---|---|
| **Remit payment to** TX CHILD SUPPORT SDU | (SDU/Tribal Order Payee) |
| at **PO BOX 659791 ; SAN ANTONIO, TX  78265-9791** | (SDU/Tribal Payee Address) |

Include the Remittance Identifier and if necessary this locator code of the SDU/**Tribal order payee** 4800000          on this payment.

To set up electronic payments or to learn state requirements for checks, contact the State Disbursement Unit (SDU).  Contacts and information are found at https://www.acf.hhs.gov/css/resource/sdu-eft-contacts-and-program-requirements.

☐   **Return to Sender (Completed by Employer/Income Withholder).** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments in Section VI). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you must check this box and return the IWO to the sender.

**If Required by State or Tribal Law:**

Signature of Judge/Issuing Official: _*Signature not required by state law*_
Print Name of Judge/Issuing Official: **OFFICE OF THE ATTORNEY GENERAL OF TE**
Title of Judge/Issuing Official: **XAS            TITLE IV-D AGENCY**
Date of Signature: **March 04, 2026**

If the employee/obligor works in a state or for a tribe different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☐  If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

029364

Employer/Income Withholder's Name: **METROPLEX MULTIFOODS INC**          Employer/Income Withholder's FEIN: **752623031**

Employee/Obligor's Name: **EVERETTS, SHERITA**                    SSN: **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**

Case ID: **0014668602**                    Order ID: **JC-21-00202-W**

**VII. Notification of Employment Termination or Income Status: (Completed by the Employer/Income Withholder)**

If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSA and/or the sender by returning this form to the address listed in the **Contact Information** section below or using the OCSS Child Support Portal (https://ocsp.acf.hhs.gov/csp/). Please report the new employer or income withholder, if known.

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following information for the employee/obligor:

Termination date: _____  Last known telephone number _____

Last known address: _____

_____

Final payment date to SDU/Tribal Payee: _____  Final payment amount: _____

New employer's or income withholder's name:  _____

New employer's or income withholder's address:  _____

**VIII. Contact Information: (Completed by the Sender)**

**To Employer/Income Withholder**: If you have questions, contact the Office of the Attorney General, Child Support Division (sender name)

by telephone: **(800) 252-8014**          , by fax: **(512) 406-2332**          , by email, or website: www.employer.texasattorneygeneral.gov.

Send termination/income status notice and other correspondence to: Office of the Attorney General; Child Support Division;          

Central File Maintenance; PO Box 12048; Austin, TX 78711-2048          (sender address).

**To Employee/Obligor:** If the employee/obligor has questions, contact the Office of the Attorney General, Child Support Division (sender name)

by telephone: **(800) 252-8014**          , by fax: **(512) 406-2332**          , by email, or website: https://www.texasattorneygeneral.gov/child-support .

IMPORTANT: The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**

When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Enforcement. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

029363

Employer/Income Withholder's Name: **METROPLEX MULTIFOODS INC**    Employer/Income Withholder's FEIN: **752623031**

Employee/Obligor's Name: **EVERETTS, SHERITA**    SSN: **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**

Case ID: **0014668602**    Order ID: **JC-21-00202-W**

### VI. Additional Information for Employers/Income Withholders: (Completed by the Sender)

**Priority:** Withholding for support has priority over any other legal process under state law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Payments:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSA within 7 business days, or fewer if required by state law, after the date the income would have been paid to the employee/obligor and include the date you withheld the support from his or her income. You may combine withheld amounts from more than one employee/obligor's income in a single payment as long as you separately identify each employee/obligor's portion of the payment. Child support payments may not be made through the federal Office of Child Support Services (OCSS) Child Support Portal.

**Lump Sum Payments:** You may be required to notify a state or tribal CSA of upcoming lump sum payments, such as bonuses, commissions, or severance pay to this employee/obligor. Contact the sender to determine if you are required to report and/or withhold lump sum payments. Employers/income withholders may use the OCSS Child Support Portal (https://ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive lump sum payments and to provide contacts, addresses, and other information about their companies. Child support payments may not be made through the OCSS Child Support Portal.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure.

**Anti-discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO.

**Supplemental Information:** Non-employee's withholding limitations are the same as that for employees under Texas Family Code.

Income Withholding for Support (IWO)



FS#: 9114746546
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



KEN PAXTON
ATTORNEY GENERAL *of* TEXAS
CHILD SUPPORT DIVISION

SHERITA EVERETTS
530 WINDSOR DR
ALLEN, TX  75002-4003

Fecha: **March 04, 2026**
Padre con Custodia (CP): **MAMOUDU LAHAI**
Padre Sin Custodia (NCP): **SHERITA EVERETTS**
Número de Caso de la Procuraduría (AG Case #): **0014668602**
Número de Causa (Cause #): **JC-21-00202-W**

Estimado/a **SHERITA  EVERETTS**:

Se le ha enviado a su empleador una Orden/Aviso para Retener Ingresos para la Manutención de Niños (Orden Administrativa de Retención). Según las condiciones de este documento, su empleador debe iniciar la retención de ingresos para los pagos de manutención a partir del primer día de pago después de haber recibido este documento.

La Orden Administrativa de Retención anexa a la presente le explica sus derechos y los procesos que debe seguir para impugnar esta retención de ingresos.

Si cambia de empleo en el futuro, deberá entregarle a cualquier empleador nuevo una copia de la Orden/Aviso para Retener Ingresos para la Manutención de Niños.

Si tiene alguna pregunta acerca de este asunto sírvase ponerse en contacto conmigo.

Atentamente,

**CS ICR & PARENT LOCA**
**PO BOX 12017**
**REGION 0 - MC 040**
**AUSTIN, TX 78711-2017**
**(800) 252-8014**

Anexos

1. Aviso de Orden Administrativa de Retención y;
2. Orden/Aviso para Retener Ingresos para la Manutención de Niños (Orden Administrativa de Retención).

MC: ME 0040S

FS#: 9114746546
Central File Maintenance
P.O. BOX 12048
AUSTIN, TX 78711-2048



KEN PAXTON
ATTORNEY GENERAL of TEXAS
CHILD SUPPORT DIVISION

SHERITA EVERETTS
530 WINDSOR DR
ALLEN, TX 75002-4003

Date: **March 04, 2026**
Custodial Parent: **MAMOUDU LAHAI**
Non-Custodial Parent: **SHERITA EVERETTS**
Attorney General Case #: **0014668602**
Cause #: **JC-21-00202-W**

> **Vea Español al Otro Lado**

Dear **SHERITA EVERETTS**:

Your employer has been sent an Order/Notice to Withhold Income for Child Support (Administrative Writ of Withholding). Withholding of child support payments from your disposable earnings must begin no later than the first pay period following the date your employer received the Order/Notice to Withhold Income for Child Support.

The Notice of Administrative Writ of Withholding enclosed with this letter explains your rights and the procedures for contesting this withholding.

If you change jobs in the future, you are required to provide a copy of the Order/Notice to Withhold Income for Child Support to your new employer.

Feel free to contact me if you have any questions regarding this matter.

Sincerely,

**CS ICR & PARENT LOCA
PO BOX 12017
REGION 0 - MC 040
AUSTIN, TX 78711-2017
(800) 252-8014**

Enclosures

1. Notice of Administrative Writ of Withholding; and
2. Order/Notice to Withhold Income for Child Support (Administrative Writ of Withholding).

JS 44   (Rev. 04/21)(TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sherita Everetts

## DEFENDANTS

Ken Paxton
Attorney General of Texas

**(b)** County of Residence of First Listed Plaintiff   Collin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Travis Texas and Williamson
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

RECEIVED
km  MAR 18 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-26CV0869-S

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* and One Box for Defendant) *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### PRISONER PETITIONS

**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 USC. § Subsection 241 Title 18 USC Subsection 242

Brief description of cause: 42 USC Subsection 1983

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 04/21) (TXND 4/20)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.