# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHERITA EVERETTS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-0869-S-BN |
| | § | |
| KEN PAXTON, ATTORNEY | § | |
| GENERAL OF TEXAS | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED April 28, 2026.

_____
UNITED STATES DISTRICT JUDGE